CHEMICAL NATIONAL BANK OF NEW YORK, as Executor of and Trustee under the Will of ROGER E. HILL, Deceased, Respondent, *v.* SUSIE R. HILL et al., Respondents; BARBARA HILL et al., Respondents and Appellants, and AMERICAN NATIONAL RED CROSS, Appellant and Respondent.

(Submitted March 17, 1930; decided March 25, 1930.)

MOTION to amend remittitur. (See 253 N. Y. 177.)

Motion granted, recall of the remittitur requested, and the same when recalled will be modified by striking out subdivision 36 of the judgments of the Special Term and Appellate Division, by amending subdivisions 22 and 25 as prayed for in the notice of motion of the American National Red Cross, and by amending the modifications heretofore directed as requested at pages 5 to 8 of the affidavit of counsel for the plaintiff, the Chemical National Bank of New York.